THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State, Respondent,
v.
Ericko Travell Harley, Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

Opinion No. 2006-MO-022
Heard April 19, 2006  Filed May 15, 2006

AFFIRMED

 
 
 
Debra Yvonne Chapman and Joshua Snow Kendrick, both of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, and Robert M. Ariail, 13th Circuit Solicitor, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Dupree, 319 S.C. 454, 462 S.E.2d 279 (1995), cert. denied 516 U.S. 131 (1996) (holding that abandoned property has no protection from either the search or seizure provisions of the Fourth Amendment); State v. Freiburger, 366 S.C. 125. 620 S.E.2d 737 (2005) (on appeal from denial of a directed verdict, the Court must find the case was properly submitted to the jury if there is any direct or substantial circumstantial evidence reasonably tending to prove the guilt of the accused).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and Acting Justice Knox McMahon, concur.